## SUMNER v. SHIRTS.

APPEAL from the *Hamilton* Common Pleas.

*Per Curiam.*—In this case, there was judgment for the plaintiff, below, for three hundred and one dollars and fifteen cents, and it is claimed by the appellant, that the judgment is erroneous, on the ground that the complaint claimed judgment for one hundred dollars only. This is a mistake. The record, as it comes up to us, shows that the complaint claimed judgment for four hundred dollars.

The judgment below is affirmed, with costs, and five per cent. damages.

*J. N. Evans,* for the appellant.